UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

| | | | |
|---|---|---|---|
| IN RE: | DANIELLE HOPE | ) | |
| | | ) | |
| | | ) | |
| | Debtor | ) | CASE NO.   19-31868-jal |
| | | ) | Chapter 13 |

### ORDER AMENDING ORDER OF CONFIRMATION

This matter having come before the Court on Debtor's Motion to Amend Order of Confirmation, and the Court being otherwise sufficiently advised,

IT IS ORDERED THAT the Order of Confirmation is amended to provide for rejection of the lease which is the subject of Proof of Claim 4.

_____
Joan A. Lloyd
United States Bankruptcy Judge
Dated:  October 22, 2019

Tendered by:

LAW OFFICE OF ALLAN E. DUNAWAY, PLC

By:      /s/ Allan E. Dunaway
          Allan E. Dunaway
714 Lyndon Lane, Suite 4
Louisville, Kentucky 40222
(502) 412-2254
(502) 412-2258 Fax
allan@dunawaylawoffice.com